THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

**Elizabeth Connelly**
Senior Counsel
phone: (212) 356-2547
fax: (212) 356-3509
email: econnell@law.nyc.gov

December 8, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-11-2017

**BY ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kenneth Cunningham v. City of New York, et al., 17-CV-5124 (DLC)(AJP)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. City Defendants write, with the consent of plaintiff's counsel, Cyrus Joubin, Esq., to respectfully request to withdraw from the mediation in this matter set forth under Local Civil Rule 83.10. This is City Defendants' first request to have this case removed from mediation.

By way of background, plaintiff alleges, *inter alia*, that on April 29, 2016, his brother Larnell Cunningham told NYPD officers from the 32nd Precinct that plaintiff unlawfully evicted him from the apartment. (See Complaint, at ¶ 10). Plaintiff's Complaint generally asserts that he did not want to give Larnell access to the apartment due to Larnell's alleged criminal behavior towards him. (Id. at ¶ 24-26). The officers asked plaintiff if he would let Larnell into the apartment and he refused. (Id. at ¶ 35-44). The officers then arrested Larnell for unlawful eviction of his brother. (Id. at ¶ 50). After Plaintiff s arrest, the officers also arrested Larnell in the hallway outside the apartment for an open warrant. (Id. at ¶ 53).

Defendants filed a Motion to Dismiss pursuant to F.R.C.P 12(b)(6) on December 6, 2017. In part because of the pending motion to dismiss and in part because of the undisputed facts in this matter, this case has been designated no-pay and therefore settlement will not be possible in this matter. As such, in the interests of conserving the Court's and the Southern District Mediation Office's resources, City Defendants respectfully request to withdraw from mediation and stay discovery until the motion has been decided.

MEMO ENDORSED

Granted.
Denise Cote
12/11/17

Thank you for your consideration of this request.

Respectfully submitted,

/s
Elizabeth C. Connelly
*Senior Counsel*

cc: VIA ECF
Cyrus Joubin
*Attorney for Plaintiff*